| Debtor name | Wrap Media LLC |
|---|---|

**UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA**

Case No. (If known) _____

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Silicon Valley Bank<br>Attn: Matt Trotter<br>2400 Hanover St.<br>Palo Alto, CA 94304 | Silicon Valley Bank<br>Attn: Matt Trotter<br>2400 Hanover St.<br>Palo Alto, CA 94304 | Bank Loan | | $2,504,000.00 | | Unknown |
| 2 | Abstracta<br>Jose Ellauri 1126<br>Montevideo<br>Uruguay | Abstracta<br>Jose Ellauri 1126<br>Montevideo<br>Uruguay<br>Email: Administracion@abstracta.com.uy | Engineering Consultant | | | | $42,980.00 |
| 3 | SF Business Tax<br>Office of the Treasurer & Tax Collector<br>P.O. Box 7425<br>San Francisco, CA 94120 | SF Business Tax<br>Office of the Treasurer & Tax Collector<br>P.O. Box 7425<br>San Francisco, CA 94120 | Tax Authority | | | | $40,000.00 |
| 4 | SD Squared<br>Les Jamalacs Building<br>Vieux Conseil Street<br>Port Louis<br>Mautitius | SD Squared<br>Les Jamalacs Building<br>Vieux Conseil Street<br>Port Louis<br>Mautitius | Engineering Consultant | | | | $33,900.00 |
| 5 | AMEX Credit Cards<br>4315 S. 2700 W.<br>Mail Code 02-04-75<br>Salt Lake City UT, 84184 | AMEX Credit Cards<br>4315 S. 2700 W.<br>Mail Code 02-04-75<br>Salt Lake City UT, 84184 | Credit Card | | | | $31,000.00 |

**Debtor name** Wrap Media LLC          **Case No. (If known)** _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 6  Beyer Law Group LLP<br>20450 Stevens Creek Blvd<br>Suite 200<br>Cupertino, CA 95014 | Beyer Law Group LLP<br>20450 Stevens Creek Blvd<br>Suite 200<br>Cupertino, CA 95014<br>Email: fzuk@beyerlaw.com | Legal - IP | | | | $24,576.11 |
| 7  Fenwick & West, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041 | Fenwick & West, LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, CA 94041<br>Tel: (650) 988-8500 | Legal - General | | | | $20,025.40 |
| 8  Argodesign<br>2901 S 1st Street<br>Suite 200<br>Austin, TX 78704 | Argodesign<br>2901 S 1st Street<br>Suite 200<br>Austin, TX 78704<br>Tel: (512) 657-1977 | Engineering Consultant | | | | $20,000.00 |
| 9  EPC IT Solutions<br>1324 El Camino Real<br>Belmont, CA 94002 | EPC IT Solutions<br>1324 El Camino Real<br>Belmont, CA 94002 | IT Consultant | | | | $15,924.05 |
| 10  Canteen Refreshment Services<br>1525 Atteberry Lane<br>San Jose, CA 95131 | Canteen Refreshment Services<br>1525 Atteberry Lane<br>San Jose, CA 95131 | Office Admin / Catering | | | | $13,513.30 |
| 11  Innovation Investments<br>60 E. Sir Francis Drake Blvd.<br>Suite 206<br>Larkspur, CA 94939 | Innovation Investments<br>60 E. Sir Francis Drake Blvd.<br>Suite 206<br>Larkspur, CA 94939 | Investment Company | | | | $12,500.00 |
| 12  EAmmune<br>2415 San Pablo Dam Rd<br>Suite 106 Unit 184<br>San Pablo, CA 94806 | EAmmune<br>2415 San Pablo Dam Rd<br>Suite 106 Unit 184<br>San Pablo, CA 94806 | Engineering Consultant | | | | $12,000.00 |

**Debtor name** Wrap Media LLC                                    **Case No. (If known)**

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13  Bitlancer<br>WeWork c/o Bitlancer<br>Attn: Pamela Leskar<br>745 Atlantic Avenue<br>Boston, MA 02111 | Bitlancer<br>WeWork c/o Bitlancer<br>Attn: Pamela Leskar<br>745 Atlantic Avenue<br>Boston, MA 02111 | Engineering Consultant | | | | $10,367.50 |
| 14  Kaiser<br>P.O. Box 23219<br>San Diego, CA 92103 | Kaiser<br>P.O. Box 23219<br>San Diego, CA 92103 | Health Insurance | | | | $10,000.00 |
| 15  MediaLink<br>1901 Avenue of the Stars<br>Suite 1775<br>Los Angeles, CA 90067 | MediaLink<br>1901 Avenue of the Stars<br>Suite 1775<br>Los Angeles, CA 90067<br>Tel: (310) 424-4448 | Marketing Consultant | | | | $10,000.00 |
| 16  Kathleen Bruno<br>1199 Howard Ave<br>Suite 103<br>Burlingame, CA 94010 | Kathleen Bruno<br>1199 Howard Ave<br>Suite 103<br>Burlingame, CA 94010 | Sales Consultant | | | | $8,000.00 |
| 17  Baker & McKenzie<br>660 Hansen Way<br>Palo Alto, CA 94304 | Baker & McKenzie<br>660 Hansen Way<br>Palo Alto, CA 94304<br>Tel: (650) 856-2400 | Legal - For Lithuania | | | | $7,148.28 |
| 18  Joan Bodensteiner<br>Back Forty Ventures<br>P.O. Box 475595<br>San Francisco, CA 94147 | Joan Bodensteiner<br>Back Forty Ventures<br>P.O. Box 475595<br>San Francisco, CA 94147<br>Email: joanb@me.com | Marketing Consultant | | | | $6,400.00 |

Official Form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       Page 3

**Debtor name** Wrap Media LLC　　　　　　　　　　　　　　**Case No. (If known)** _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 19  First National Credit Cards<br>P.O. Box 2818<br>Omaha, NE 68103-2818 | First National Credit Cards<br>P.O. Box 2818<br>Omaha, NE 68103-2818 | Credit Card | | | | $6,000.00 |
| 20  Kranz & Associates<br>830 Menlo Ave.<br>Suite 100<br>Menlo Park, CA 94025 | Kranz & Associates<br>830 Menlo Ave.<br>Suite 100<br>Menlo Park, CA 94025<br>Tel: (650) 854-4400 x 328<br>Email: mpham@kranzassoc.com | Accounting Consultant | | | | $5,000.00 |