LEO D. PLOTKIN (SBN 101893)
JOHN P. MITTELBACH (SBN 235081)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 471-3000
Facsimile: (310) 471-7990
Email: lplotkin@lsl-la.com
jmiddelbach@lsl-la.com

Attorneys for Secured Creditor
SILICON VALLEY BANK

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 16-31325 HLB |
| WRAP MEDIA, LLC, | Chapter 11 |
| Debtor | REQUEST FOR NOTICE |

Pursuant to Bankruptcy Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, Silicon Valley Bank, a party in interest herein, hereby requests that all matters which must be noticed to creditors, any creditors' committees, any equity security holders' committee, and any other parties in interest, whether sent by the Court, the Debtor, or any Trustee or other party in the case, be sent as follows, and that the following be added to the Court's Master Mailing List:

> LEO D. PLOTKIN (SBN 101893)
> JOHN P. MITTELBACH (SBN 235081)
> LEVY, SMALL & LALLAS
> A Partnership Including Professional Corporations
> 815 Moraga Drive
> Los Angeles, California 90049
> Telephone: (310) 471-3000
> Facsimile: (310) 471-7990
> Email: lplotkin@lsl-la.com
> jmittelbach@lsl-la.com

DATED: December 14, 2016

LEO D. PLOTKIN
JOHN P. MITTELBACH
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: /s/Leo D. Plotkin
     LEO D. PLOTKIN
Attorneys for Secured Creditors
SILICON VALLEY BANK

32993