Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 888
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Debtor

Signed and Filed: January 17, 2017

*/s/ Hannah L. Blumenstiel*
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| In re<br>WRAP MEDIA, LLC<br>　　　　　Debtor. | Case No. 16-31325 HLB<br>Chapter 11 |
| In re<br>WRAP MEDIA, INC.<br>　　　　　Debtor. | Case No. 16-31326 HLB<br>Chapter 11 |
| ☒ Affects LLC<br>☐ Affects Inc.<br>☐ Affects BOTH DEBTORS | |

**ORDER AUTHORIZING PAYMENT OF
FULLY SECURED CREDITOR AND
BORROWING AND PAYMENT OF ADMINISTRATIVE CLAIMS
IN THE ORDINARY COURSE OF BUSINESS**
(American Express)

Upon consideration of the Application for Order Authorizing Payment of Fully Secured Creditor and Borrowing and Payment of Administrative Claims in the Ordinary Course of Business (American

Express) and the supporting Declarations of Shaun O'Connor and Michael St. James, and good cause therefor appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Under the circumstances, further notice and an opportunity to be heard is not required.

2. The Debtor be, and it hereby is, authorized to honor the existing American Express credit card program, including the payment of the fully secured pre-petition claim of American Express and the payment of post-petition claims of American Express as such claims come due.

3. Detailed information about the expenses which are the subject of such American Express charges shall be filed with the Debtor's Monthly Operating Reports.

4. Aggregate American Express charges shall not exceed $50,000 in any monthly billing period.

\* \* \* END OF ORDER \* \* \*

ORDER RE: AMERICAN EXPERSS APPLICATION Page 2

Case: 16-31325   Doc# 75   Filed: 01/17/17   Entered: 01/17/17 15:04:29   Page 2 of 3

*Court's Service List*

All persons entitled to service are ECF registered