LEO D. PLOTKIN (SBN 101893)
JOHN P. MITTELBACH (SBN 235081)
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations
815 Moraga Drive
Los Angeles, California  90049
Telephone:     (310) 471-3000
Facsimile:      (310) 471-7990
Email: lplotkin@lsl-la.com
       jmiddelbach@lsl-la.com

Attorneys for Creditor
SILICON VALLEY BANK

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>WRAP MEDIA, LLC,<br><br>          Debtor. | Case No.  16-31325 HLB<br><br>Chapter 11 |
| In re<br><br>WRAP MEDIA, INC.,<br><br>          Debtor. | Case No.  16-31326 HLB<br><br>Chapter 11 |
| ___ Affects LLC<br>___ Affects Inc.<br>_X_ Affects BOTH DEBTORS | Date:     March 2, 2017<br>Time:     11:00 a.m.<br>Judge:    Hon. Hannah L. Blumenstiel<br>Court:    17 |

**RESPONSE OF CREDITOR SILICON VALLEY BANK TO DEBTORS' CONTINUED MOTION FOR USE OF CASH COLLATERAL AND BORROWING MOTION**

Creditor Silicon Valley Bank ("SVB")[1], as a creditor and not on behalf of the Committee, hereby reserves its right to oppose Debtors' pending Motion for Use of Cash Collateral [Doc. No. 7] and Borrowing Motion [Doc. No. 8] (the "Financing Motions").

Debtors' Status Report [Doc. No. 103] references a change in Debtors' strategy for navigating its Chapter 11 proceeding, and also references a Proposed Budget which is not attached. Moreover, Debtors' pending application to employ Carr & Ferrell [Doc. No. 104] does not set forth, among other things, (a) the attorneys at Carr & Ferrell who are anticipated to act as corporate counsel in the sale of technology (and billings rates therefore cannot be ascertained), and (b) whether the Debtors intend to pay Carr & Ferrell during the course of the bankruptcy proceeding. Without such information, SVB cannot determine whether Debtors' strategy, budget and proposed timeline to a sale represents a sensible approach to the case that SVB would support.

DATED: February 23, 2017

LEO D. PLOTKIN
JOHN P. MITTELBACH
LEVY, SMALL & LALLAS
A Partnership Including Professional Corporations

By: /s/Leo D. Plotkin
    LEO D. PLOTKIN
Attorneys for Secured Creditors
SILICON VALLEY BANK

33174

---

[1] SVB holds a first-priority security interest in all of Debtors' assets with the exception of its intellectual property (except to the extent that SVB does hold a first-priority adequate protection lien secured by Debtors' intellectual property). SVB believes that it is substantially under secured and has been appointed to the Unsecured Creditors' Committee (the "Committee").