Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 888
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Debtors

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>WRAP MEDIA, LLC<br><br>                    Debtors. | Case No. 16-31325 HLB<br>Chapter 11 |
| In re<br><br>WRAP MEDIA, INC.<br><br>                      Debtors. | Case No. 16-31326 HLB<br>Chapter 11 |
| ☐ Affects LLC<br>☐ Affects Inc.<br>☒ Affects BOTH DEBTORS | DATE: March 2, 2017<br>TIME: 11:00 a.m.<br>JUDGE: Hon. Hannah L. Blumenstiel<br>COURT: 19 |

**STATEMENT REGARDING MOTION FOR USE OF CASH COLLATERAL
AND BORROWING MOTION**

TO: SILICON VALLEY BANK, THE CREDITORS COMMITTEE, PARTIES IN INTEREST AND THE UNITED STATES TRUSTEE

At the hearing on March 2, 2017, the Debtors will ask that the Court set a final hearing on the Use of Cash Collateral and Debtor in Possession Financing for the latter part of March[1], and continue in effect its existing Interim Orders until that hearing.

As presented at greater length in its Status Report; Dkt #103; the Debtors have recently concluded that their only viable exit is a sale of their technology. The Debtors are currently engaged in early due diligence with four potential buyers and have interviewed and are in negotiations with several potential investment bankers.

### 1. *Operations*

The Status Report presented the Debtors' conclusions that the optimal sale process would include maintaining some operations and retaining some employees. At least three of the four potential buyers with whom the Debtors are entering into diligence have confirmed that maintaining operations and potentially transferring knowledgeable employees are essential to their interest in the Debtors' assets.

The Debtors have substantially reduced their burn rate, reducing administrative rent from more than $70,000 per month to $16,000 per month and reducing headcount from 24 when the case was filed to 8 at present. Nonetheless, as reflected in the attached partial budget, funding ongoing operations for several months will require material borrowings and thus creates a strong incentive for an expeditious sale process.

### 2. *Professionals*

The Status Report also explains that the Debtor believes that it is essential to rely on an investment banker and sophisticated mergers and acquisition counsel to lead the sale process. The Debtors have identified suitable mergers and acquisition counsel in the form of Carr & Ferrell, LLP, and have submitted an application for an Order authorizing its employment.

---

[1] Mr. Greenberg is unavailable much of the second week of March; Debtor's counsel has commitments that week, including a Ninth Circuit argument. Mr. Greenberg is available the third week of March, but Debtor's counsel is unavailable March 23, and 24, 2017.

Thus far, the Debtors have not identified a suitable investment banker who is willing to accept the engagement without some form of indemnification. The investment banker must have industry specific expertise to properly market the Debtors' technology, patents and assets; it is not a type of transaction that resembles a physical asset disposition where many broker options are available.

The Debtors have been attempting to negotiate an agreement that will suitably address concerns that have been raised in the local community about the scope of the indemnity while nonetheless allowing it the benefits of a capable investment banker, but that process is ongoing and has not yet reached a satisfactory conclusion. The Debtors fear that without an indemnity they will not be able to engage an investment banker, and without an investment banker the optimal sale process will not be available.

In the unique circumstances of this case, the Debtor believes that the Court should favorably consider these requests for an indemnity. The principal assets to be sold are patents, technology and intellectual property rights (collectively, the "IP"). An investment banker cannot independently determine the nature, extent, validity and value of the IP; it must necessarily rely on the Debtor's assertions; all the more so where, as here, the IP is cutting edge technology and the Debtor is seeking a very rapid sale process. Under the circumstances, the investment bankers' concerns about accepting the engagement without a form of indemnity are reasonable.

In any event, the Debtors will present the best available proposal to the Committee and the Court, and will attempt to address any issues that arise.

### 3. *Duration*

The sale process the Debtor believes to be optimal would likely extend for three to five months, require funding the Debtors' burn rate for the duration of the marketing process, partially estimated in the attached partial budget. In addition, it seems likely that the Debtor would be required to fund on the order of $100,000 to the investment banker, $60,000 to the mergers and acquisition counsel and $50,000 to patent counsel in order to prevent degradation to the IP during the marketing period. In order to proceed, the Debtor must select and engage an investment banker, and reach agreement with its banker

on the duration and expense of the sale process, and determine whether its lender can provide what is required to fund that process.

Based on talking with several bankers and IP experts, the Debtors believe the optimal sale process may likely result in payment in full for all administrative claimants (including repayment of the DIP Financing); payment in full of all creditors of the LLC, and material payment, if not payment in full, for all creditors of the corporation.

Indeed, the DIP Lender is providing the funding motivated by the prospect of obtaining a return on the $3 million of convertible debt its affiliate is owed by the corporate Debtor.

### 4. *Conversion*

The alternative to the proposed sale process would appear to be conversion to Chapter 7, which would not require further borrowings, but which the Debtors believe would likely result in a substantially reduced recovery. As stated above, in a Chapter 7 case, three of the four acquisition candidates currently in diligence will likely disappear, the patent actions will go unanswered causing a degradation to the IP, and there will be no knowledgeable staff to assist in marketing the technology and the IP portfolio. The IP are assets about which specialized understanding and knowledge is required, both on the part of the bankers and to meet the thresholds of due diligence that yield meaningful financial bids. More dramatically, upon conversion the technology platform would be taken down, and the software would be impossible to demonstrate or evaluate – or to even recreate in a meaningful way during the short timeframes of this asset disposition.

### 5. *Need for Continued Hearing*

Before a choice between these alternative dispositions can reasonably be made, the Debtors believe that they should identify an appropriate and available investment banker, produce a realistic budget for the marketing period, and consult with the Committee to attempt to reach consensus on the path forward.

To date, the Debtors have not completed any of these tasks, but they expect to be able to accomplish all of them within two to three weeks. The Debtors therefore believe that it would be

premature to determine the path forward on March 2nd, but that it would be appropriate at a continued hearing in the third week of March for the parties and the Court to make a decision on the best path forward.

At the continued hearing, the Court should decide whether to proceed with the sale process the Debtors believe to be optimal. As part of considering the Debtors' proposed sale process, it should consider the terms on which an investment banker can be employed, and the Debtors' request to provide current compensation to the investment banker, mergers and acquisition counsel and patent counsel, absent which the sale process proposed by the Debtors will not be viable. The Debtors will provide a Proposed Budget to the Committee and the Court prior to the continued hearing, which will identify the expenses it anticipates through the sale process, and will ask that the DIP Financing and use of cash collateral be approved at the continued hearing on a final basis in the amounts necessary to accommodate the Proposed Budget. (Pending the continued hearing, the Debtors agree that the Committee reserves all of its rights and claims.)

Pending the continued hearing, the Debtors would propose to maintain the *status quo* on the same basis as under the existing Interim Orders: it would submit a proposed Order authorizing it to continue the use of cash collateral until the continued hearing, substantially identical to the prior Order. The prior Interim Financing Order authorized an aggregate borrowing of $1 million. To date, $150,000 of that authorization has not been expended. As reflected in the attached partial budget, the Debtors can operate under that prior authorization through March 24, 2017.

Respectfully submitted,

DATED: February 27, 2017                ST. JAMES LAW, P.C.


By:  /s/ *Michael St. James* .
          Michael St. James
     Counsel for Debtors

# PROPOSED PARTIAL BUDGET

## (excludes Investment Banker and Corporate Counsel Fees)

**Wrap Media Summary of Cash Burn & Outstanding Liability**

| Estimated Cash Burn | | |
|---|---|---|
| Salaries & Taxes (See EE Schedule) | $ | 124,650 |
| Employee Benefits | $ | 11,000 |
| Operating Costs (See Detail A Below) | $ | 29,787 |
| Admin Costs (See Detail B Below) | $ | 18,500 |
| Professional Fees (See Detail C Below) | $ | 40,000 |
| Interest Expense (SVB & DiP Loan) | $ | 13,611 |
| **Total Est Monthly Cash Burn** | **$** | **237,548** |
| **A - Operating Costs Detail** | | |
| Amazon Web Services | $ | 7,500 |
| Travel & Related Expense | $ | 10,000 |
| Engineering & Design Contractors | $ | 8,500 |
| Other Software Services | $ | 3,787 |
| **Total Operating Costs** | **$** | **29,787** |
| **B - Admin Costs Detail** | | |
| Rent | $ | 16,000 |
| Other Admin & Facility Costs | $ | 2,500 |
| **Total Admin Costs** | **$** | **18,500** |
| **C - Professional Fees Detail** | | |
| Legal - IP - Beyer Law | $ | 20,000 |
| Legal - General | $ | - |
| Legal - DiP Lender | $ | 10,000 |
| Investment Banker for Sale | $ | - |
| Accounting & HR Consulting | $ | 10,000 |
| **Total Professional Fees** | **$** | **40,000** |

| Employee Listing - 8 Total | Annual Salary | | Monthly Salary | |
|---|---|---|---|---|
| ███ - CEO | $ | 200,000 | $ | 16,667 |
| ███ - SVP Platform | $ | 210,000 | $ | 17,500 |
| ███ - VP Technology | $ | 200,000 | $ | 16,667 |
| ███ - Sr. DevOps Engineer | $ | 180,000 | $ | 15,000 |
| ███ - Sr. Platform Engineer | $ | 170,000 | $ | 14,167 |
| ███ - Sr. Front End Engineer | $ | 135,000 | $ | 11,250 |
| ███ - VP Intellectual Property (Half Time) | $ | 150,000 | $ | 12,500 |
| ███ - Administration | $ | 140,000 | $ | 11,667 |
| **Total Salaries** | **$** | **1,385,000** | **$** | **115,417** |
| Payroll Taxes | $ | 110,800 | $ | 9,233 |
| **Total Salaries & Taxes** | **$** | **1,495,800** | **$** | **124,650** |

| Outstanding Liabilities | | |
|---|---|---|
| **Pre-Bankrupcy Claims - Trade Creditors & Employees** | | |
| Engineerign & Design Consultants | $ | 81,172 |
| Sales & Marketing Consultants | $ | 63,990 |
| Legal Fees | $ | 111,985 |
| Office & Administrative | $ | 109,458 |
| Credit Cards | $ | 6,116 |
| Employee Claims (PTO, Commissions, Expenses) | $ | 65,869 |
| **Total Pre-Bankrupcty Trade Creditor & Employees** | **$** | **438,589** |
| **Pre-Bankrupcy Claims - Debt** | | |
| Silicon Valley Bank Loan | $ | 2,000,000 |
| Dream Incubator Convertible Note (w/ Accrued Int) | $ | 4,235,000 |
| Innovation Investments Convertible Note (w/ Accrued Int) | $ | 3,050,000 |
| Salesforce Convertible Note (w/ Accrued Int) | $ | 2,625,000 |
| **Total Pre-Bankruptcy Debt** | **$** | **11,910,000** |
| **Current Liability - Trade Creditors & Employees** | | |
| Engineerign & Design Consultants | $ | 5,000 |
| Legal Fees | $ | 26,980 |
| Office & Administrative | $ | 19,368 |
| Credit Cards | $ | 27,455 |
| Employee Claims (PTO, Commissions, Expenses) | $ | 3,637 |
| **Total Current Liabilities** | **$** | **82,439** |
| **DiP Loan Outstanding** | **$** | **800,000** |
| **Total Outsanding Liabilities** | **$** | **13,231,028** |

**Wrap Media**
**Short Term Cash Plan**
(As of 2/6/16)

| | 2/15/2016 | 2/28/2016 | Total Feb 2017 | 3/15/2016 | 3/31/2016 | Total Mar 2017 | 4/15/2016 | 4/30/2016 | Total Apr 2017 | 5/15/2016 | 5/31/2016 | Total May 2017 | 6/15/2016 | 6/30/2016 | Total June 2017 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Beginning Unrestricted Cash (12/10/16)** | 40,063 | 145,639 | 40,063 | 103,873 | 90,671 | 103,873 | 146,902 | 136,179 | 146,902 | 118,604 | 107,881 | 118,604 | 106,306 | 95,583 | 106,306 |
| DiP Loan Proceeds | 300,000 | 100,000 | 400,000 | 150,000 | 100,000 | 250,000 | 100,000 | 100,000 | 200,000 | 100,000 | 100,000 | 200,000 | 100,000 | 100,000 | 200,000 |
| AR Cash Receipts | 142,195 | 550 | 142,745 | 32,500 | 69,300 | 101,800 | 15,000 | 0 | 15,000 | 15,000 | 0 | 15,000 | 15,000 | 0 | 15,000 |
| Payroll & Related Taxes | (210,485) | (113,434) | (323,919) | (83,693) | (64,069) | (147,762) | (62,325) | (62,325) | (124,650) | (62,325) | (62,325) | (124,650) | (62,325) | (62,325) | (124,650) |
| Employee Health Benefits | 7,758 | (18,198) | (10,440) | 0 | (11,000) | (11,000) | 0 | (11,000) | (11,000) | 0 | (11,000) | (11,000) | 0 | (11,000) | (11,000) |
| Engineering Expenses | (14,100) | (6,080) | (20,180) | (12,500) | (2,500) | (15,000) | (6,000) | (2,500) | (8,500) | (6,000) | (2,500) | (8,500) | (6,000) | (2,500) | (8,500) |
| Sales & Marketing Expenses | (28,206) | 0 | (28,206) | (5,000) | (5,000) | (10,000) | (5,000) | (5,000) | (10,000) | (5,000) | (5,000) | (10,000) | (5,000) | (5,000) | (10,000) |
| Admin & Office Expenses | (66,598) | (4,604) | (71,202) | (68,000) | (6,000) | (74,000) | (33,787) | (11,000) | (44,787) | (33,787) | (6,000) | (39,787) | (33,787) | (6,000) | (39,787) |
| Legal Fees | (14,802) | 0 | (14,802) | (17,898) | (20,000) | (37,898) | (10,000) | (20,000) | (30,000) | (10,000) | (8,000) | (18,000) | (10,000) | 0 | (10,000) |
| Interest Payments | (10,186) | 0 | (10,186) | (8,611) | (4,500) | (13,111) | (8,611) | (5,750) | (14,361) | (8,611) | (6,750) | (15,361) | (8,611) | (7,750) | (16,361) |
| **Ending Unrestricted Cash** | **145,639** | **103,873** | **103,873** | **90,671** | **146,902** | **146,902** | **136,179** | **118,604** | **118,604** | **107,881** | **106,306** | **106,306** | **95,583** | **101,008** | **101,008** |
| Cash In | 442,195 | 100,550 | 542,745 | 182,500 | 169,300 | 351,800 | 115,000 | 100,000 | 215,000 | 115,000 | 100,000 | 215,000 | 115,000 | 100,000 | 215,000 |
| Cash Out | (336,619) | (142,316) | (478,935) | (195,702) | (113,069) | (308,771) | (125,723) | (117,575) | (243,298) | (125,723) | (101,575) | (227,298) | (125,723) | (94,575) | (220,298) |
| **Net Change in Unrestricted Cash** | 105,576 | (41,766) | 63,810 | (13,202) | 56,231 | 43,029 | (10,723) | (17,575) | (28,298) | (10,723) | (1,575) | (12,298) | (10,723) | 5,425 | (5,298) |
| Total Non-Payroll OPEX Costs | (123,706) | (10,684) | (134,390) | (103,398) | (33,500) | (136,898) | (54,787) | (38,500) | (93,287) | (54,787) | (21,500) | (76,287) | (54,787) | (13,500) | (68,287) |

# Wrap Media, LLC - Operating Plan

| Ending Cash Projection | Cash Receipts | DiP Loan | SVB & DiP Loan Interest | Non Payroll Expected Costs | Health Benefits | Payroll, Taxes & Commissions | Gross Burn | Ending Unrestricted Cash | DiP Loan Bal |
|---|---|---|---|---|---|---|---|---|---|
| 2/15/2016 | 142,195 | 300,000 | (10,186) | (123,706) | 7,758 | (210,485) | 105,576 | 145,639 | 800,000 |
| 2/28/2016 | 550 | 100,000 | 0 | (10,684) | (18,198) | (113,434) | (41,766) | 103,873 | 900,000 |
| 3/15/2016 | 32,500 | 150,000 | (8,611) | (103,398) | | (83,693) | (13,202) | 90,671 | 1,050,000 |
| 3/31/2016 | 69,300 | 100,000 | (4,500) | (33,500) | (11,000) | (64,069) | 56,231 | 146,902 | 1,150,000 |
| 4/15/2016 | 15,000 | 100,000 | (8,611) | (54,787) | | (62,325) | (10,723) | 136,179 | 1,250,000 |
| 4/30/2016 | 0 | 100,000 | (5,750) | (38,500) | (11,000) | (62,325) | (17,575) | 118,604 | 1,350,000 |
| 5/15/2016 | 15,000 | 100,000 | (8,611) | (54,787) | | (62,325) | (10,723) | 107,881 | 1,450,000 |
| 5/31/2016 | 0 | 100,000 | (6,750) | (21,500) | (11,000) | (62,325) | (1,575) | 106,306 | 1,550,000 |
| 6/15/2016 | 15,000 | 100,000 | (8,611) | (54,787) | | (62,325) | (10,723) | 95,583 | 1,650,000 |
| 6/30/2016 | 0 | 100,000 | (7,750) | (13,500) | (11,000) | (62,325) | 5,425 | 101,008 | 1,750,000 |

**Unrestricted Cash reconciliation**

| | |
|---|---|
| First Republic Checking | 0 |
| SVB | 83 |
| Bank of the West | 145,556 |
| Restriced Cash | 386,000 |
| LiquidSpace Deposit | 16,000 |
| Exclude: Letter of Credit | (336,000) |
| Exclude: CD to secure Amex cards | (50,000) |
| Exclude: LiquidSpace Deposit | (16,000) |
| Outstanding Items | |
| Cah end of Period 2/15 | 145,639 |
| | 0 |

**Estimated Montlhy Burn**

| | |
|---|---|
| Payroll & Taxes | (124,650) |
| Commissions | 0 |
| Health Benefits | (11,000) |
| SVB Loan Int | (8,611) |
| DiP Loan Int | (5,000) |
| Non Payroll OPEX Costs | (88,287) |
| Monthly Burn | (237,548) ** |

** Note: Represent High Level Estimate, Actual Projected Amounts per Month may vary due to one time charges and best estimate of Variable charges. See OPEX detail for estimated Monthly payments

**Non-Payroll OPEX Costs**

| | |
|---|---|
| Engineering Expenses | 8,500 |
| Sales & Mrtk Expenses | 10,000 |
| Admin & Office Expenses | 39,787 |
| Legal Fees | 30,000 |
| | 88,287 See Detail |

**Wrap Media**
**Non-Headcount Related Costs**

| | Feb 15th Pymts | Feb 28th Pymts | Mar 15th Pymts | Mar 31 Pymts | Apr 15th Pymts | Apr 30 Pymts | May 15 Pymt | May 31 Pymts | June 15th Pymts | June 30 Pymts | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Engineering Expenses** | | | | | | | | | | | |
| Abstracta | - | 2,880 | - | - | - | | - | | - | | R&D consultants |
| **Production Design Contractors** | 2,100 | - | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | Design Conultants |
| Eammune/Infosec | 12,000 | | 5,000 | | 3,500 | | 3,500 | | 3,500 | | Security/enterprise-readiness cons |
| **Security Auditors** | | 3,200 | 5,000 | | | | | | | | |
| **IT Consulting** | | - | | - | | - | | - | | - | IT consulting |
| Total Engineering Expenses | 14,100 | 6,080 | 12,500 | 2,500 | 6,000 | 2,500 | 6,000 | 2,500 | 6,000 | 2,500 | |
| **Sales & Marketing Expenses** | | | | | | | | | | | |
| **Investment Banker for Sale** | | | | - | | - | | - | | - | Marketing, lead-gen |
| **Carr Ferrell Legal** | | | | - | | - | | - | | - | General Legal |
| **MediaLink** | 25,000 | | | - | | - | | - | | | Marketing, lead-gen |
| Travel & Related Expenses (CC Payments | 3,206 | - | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | Travel & Related Expenses |
| **Sales Consulants** | - | - | - | - | - | - | - | - | - | - | Sales Consultant |
| Total Sales & Marketing Expenses | 28,206 | - | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | |
| **Admin & Office Expenses** | | | | | | | | | | | |
| Court Admin - US Trustee Fee (per qtr) | | | | | | 5,000 | | | | | US Trusteee Fee |
| Credit Card Pymts (See Below for charge | 23,032 | | 30,000 | | 11,787 | | 11,787 | | 11,787 | | Credit Card Chages |
| Kranz & Associates | 7,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | Finance & Accounting Consultant |
| Lender Admin Fees | 3,000 | \ | 7,000 | | | | - | | - | | Admin fees for Lender |
| LiquidSpace | 30,857 | | 16,000 | | 16,000 | | 16,000 | | 16,000 | | Rent |
| Misc | 2,709 | (396) | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | Misc Office Admin |
| Rust / Omni | | | 2,000 | | | | | | | | Internet Connection |
| Delaware Franchise Tax | | | 7,000 | | | | | | | | SF and Delaware Tax |
| USPTO | | | | | | | | | | | Paten Filing Fee, 4 payments (Jan |
| Total Admin & Office Expenses | 66,598 | 4,604 | 68,000 | 6,000 | 33,787 | 11,000 | 33,787 | 6,000 | 33,787 | 6,000 | |
| **Legal Fees** | | | | | | | | | | | |
| Beyer Law Group LLP | | | | 20,000 | | 20,000 | | 8,000 | | | IP Legal |
| Harvey Siskind - IP | | | | | | | | | | | IP Legal |
| Pachulski Stang Ziehl & Jones LLP | 14,802 | | 17,898 | | 10,000 | | 10,000 | | 10,000 | | Trustee Legal |
| Total Legal Fees | 14,802 | - | 17,898 | 20,000 | 10,000 | 20,000 | 10,000 | 8,000 | 10,000 | - | |
| **Total Non-Headcount Related Costs** | 123,706 | 10,684 | 103,398 | 33,500 | 54,787 | 38,500 | 54,787 | 21,500 | 54,787 | 13,500 | |

**Credit Card Charges**

| | Feb Payments | Mar Payments | Apr Payments | May Payments | June Payments | Comments |
|---|---|---|---|---|---|---|
| **8X8, INC.** | 344 | - | - | - | - | Telecom |
| **Adobe Systems** | 75 | 100 | 100 | 100 | 100 | SW tool subscription |
| **Atlassian** | 99 | 930 | 930 | 930 | 930 | SW tool subscription |
| **Amazon Web Services** | 21,473 | 7,500 | 7,500 | 7,500 | 7,500 | Bandwidth/hosting |
| **BambooHR** | | 180 | 180 | 180 | 180 | SW tool subscription |
| **Bill.com, Inc** | | 100 | 100 | 100 | 100 | SW tool subscription |
| **Browser Stack** | 39 | - | - | - | - | SW tool subscription |
| **Cirrus** | | 84 | 84 | 84 | 84 | SW tool subscription |
| **CloudCraft** | | - | - | - | - | SW tool subscription |
| **CLOUDFLARE** | | 20 | 20 | 20 | 20 | SW tool subscription |
| **Eden** | | - | - | - | - | Office/meal setup/take-down |
| **Elev.io** | | - | - | - | - | SW tool subscription |
| **Expensify** | 36 | 100 | 100 | 100 | 100 | SW tool subscription |
| **EZTexting** | 50 | - | - | - | - | SW tool subscription |
| **FEDEX** | 26 | 250 | 250 | 250 | 250 | Postage |
| **GETTY IMAGES** | | 99 | 99 | 99 | 99 | SW tool subscription |
| **GitHub** | 96 | 100 | 100 | 100 | 100 | SW tool subscription |
| **Google** | 557 | 600 | 600 | 600 | 600 | SW tool subscription |
| **Harvest** | 12 | - | - | - | - | SW tool subscription |
| **Intuit** | 40 | 40 | 40 | 40 | 40 | SW tool subscription |
| **LeapFin** | | - | - | - | - | SW tool subscription |
| **Misc Charges** | (522) | 500 | 500 | 500 | 500 | Misc |
| **New Relic** | 2,700 | - | - | - | - | SW tool subscription |
| **Office Supplies / Cafeteria** | | 400 | 400 | 400 | 400 | Office Supplies |
| **PagerDuty** | 826 | 100 | 100 | 100 | 100 | SW tool subscription |
| **Optimizley** | 399 | - | - | - | - | SW tool subscription |
| **Pingdom** | | 15 | 15 | 15 | 15 | SW tool subscription |
| **SHUTTERSTOCK, INC** | | 199 | 199 | 199 | 199 | SW tool subscription |
| **Slack** | | 400 | 400 | 400 | 400 | SW tool subscription |
| **SpeedCurve** | 32 | - | - | - | - | SW tool subscription |
| **Travel Related (in Sales Budget above)** | 58 | - | - | - | - | |
| **Typeform** | | 70 | 70 | 70 | 70 | SW tool subscription |
| **Total Credit Card Charges** | 0 | 26,340 | 0 | 11,787 | 0 | 11,787 | 0 | 11,787 | 0 | 11,787 | |

Case: 16-31325   Doc# 110   Filed: 02/27/17   Entered: 02/27/17 20:06:47   Page 10 of 10