

1 Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
2 22 Battery Street, Suite 888
San Francisco, California 94111
3 (415) 391-7566 Telephone
(415) 391-7568 Facsimile
4 michael@stjames-law.com

**Signed and Filed: July 5, 2017**

6 Counsel for Debtor

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| In re<br><br>WRAP MEDIA, LLC<br><br>Debtor. | Case No. 16-31325 HLB<br>Chapter 11 |
| In re<br><br>WRAP MEDIA, INC.<br><br>Debtor. | Case No. 16-31326 HLB<br>Chapter 11 |
| ☒ Affects LLC<br>☐ Affects Inc.<br>☐ Affects BOTH DEBTORS | |

## ORDER VACATING CONVERSION RULING

Upon consideration of the Joint Motion for Relief from Conversion Ruling filed by the above Debtor and its Official Committee of Unsecured Creditors; Dkt #144; the Court's Docket Order dated May 11, 2017 staying the effectiveness of its Conversion Ruling; and the hearing on June 27, 2017 at

which the Court authorized the Debtor to effect a sale of substantially all of its assets and orally granted the relief which is the subject of this Order, it appearing that the principal parties in interest in the case support relieving the estate of the effect of the Conversion Ruling and good cause therefor appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Court's oral Conversion Ruling made on April 6, 2017 be, and it hereby is, vacated. The Debtor shall continue to administer the estate as Debtor in Possession pending further Order of the Court.

\* \* \*   END OF ORDER   \* \* \*

ORDER RE CONVERSION RULING                                                                                                         Page 2

Case: 16-31325    Doc# 179    Filed: 07/05/17    Entered: 07/05/17 16:16:08    Page 2 of 3

## Court's Service List

All persons entitled to notice of entry of this Order are ECF registered.